**Order entered September 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00300-CR**
**No. 05-20-00301-CR**

**MIGUEL JOSE RIVERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-11498-V & F16-29747-V**

**ORDER**

Before the Court are appellant's September 16, 2020 motions for extension of time to file his briefs which he filed the same day. On September 15, 2020, we ordered appellant's briefs due by October 9, 2020. Therefore, we **DENY** appellant's September 16, 2020 motions as moot.

The State's brief is **DUE** on October 19, 2020.

/s/     BILL PEDERSEN, III
        JUSTICE